(111 So. 606)

**ALFORD v. STATE.   (4 Div. 241.)**

(Court of Appeals of Alabama. Nov. 30, 1926. Rehearing Denied March 8, 1927.)

Criminal law  ⟜1144(13)—Evidence is presumed sufficient to uphold rulings, where bill of exceptions does not contain all evidence.

Where bill of exceptions does not contain recital that it contains all or substantially all of evidence offered at trial, any state of evidence necessary will be presumed to uphold trial court's rulings as to evidence or charges requested.

Appeal from Circuit Court, Pike County; W. L. Parks, Judge.

Will Alford was convicted of violating the prohibition law, and he appeals. Affirmed.

T. E. Martin, of Montgomery, and Ballard & Brassell, of Troy, for appellant.

In view of the decision it is not necessary that brief be here set out.

Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

In the absence of a recital that the bill of exceptions contains all the evidence, any state of evidence will be presumed to sustain rulings on evidence and refusal of charges asking affirmative relief. Patrick v. State, 18 Ala. App. 335, 92 So. 87; Terry v. State, 17 Ala. App. 527, 86 So. 127; Weldon v. State, ante, p. 357, 108 So. 270; Thorne v. State, ante, p. 57, 105 So. 709.

RICE, J. There was a general verdict of guilty under an indictment containing counts charging distilling, etc., prohibited liquors, and unlawfully being in possession of a still, etc., to be used for the purpose of manufacturing prohibited liquors. On this appeal, prosecuted by the defendant from the judgment of conviction which followed, the bill of exceptions does not contain a recital that it contains all, or substantially all, of the evidence offered in the case. Any state of the evidence necessary will therefore be presumed, in order to uphold the rulings of the trial court as to evidence or charges requested. Terry v. State, 17 Ala. App. 527, 86 So. 127.

There being no error in the record, the judgment must be and is affirmed.

Affirmed.

---

⟜For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes